**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Douglas Walter CHILDS, Defendant–Appellant.**

**No. 02–6075.**

United States Court of Appeals, Fourth Circuit.

Submitted April 19, 2002.

Decided May 9, 2002.

Douglas Walter Childs, Appellant Pro Se. Thomas Richard Ascik, Office of the

---

United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Douglas Walter Childs appeals the district court's orders denying his motion filed pursuant to 18 U.S.C. § 3582(c)(1) (1994) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Childs,* No. CR–95–20 (W.D.N.C. Dec. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*